946

June 10, 1977.

M. P. No. 76-195. FIREMAN'S FUND INSURANCE COMPANY v. LOLA-JANE MCALPINE, *Administratrix*. Plaintiff's motion for oral argument of this motion is denied.

The plaintiff's motion to retain the record in this case until the case of *Fireman's Fund Insurance Company* v. *Lola-Jane McAlpine*, No. 76-96-A. is heard and determined by this court, is denied. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle, Joseph R. Palumbo, Jr.,* for defendant.

M. P. No. 77-144. ANTHONY DELUCA v. RHODE ISLAND STATE BOARD OF ELECTIONS. The findings of fact and determinations of the Board of Elections in this case have been received by this court.

The City Solicitor of the City of Cranston is directed to file a memorandum on behalf of the Board of Canvassers and the City Clerk of the City of Cranston, setting forth any matters which they wish this court to consider, within ten days of this order.

The petitioner is directed to file a reply to that memorandum with this court within ten days after receipt of the respondents' memorandum. *DeSano & Thibodeau, Robert S. Goldman, Keven A. McKenna,* for petitioner. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, *Peter Palombo, Jr.,* City Solicitor, *Stephen F. Achille,* for respondents.

M. P. No. 77-178. SWEDISH SAUNA, INC. v. CITY OF WARWICK *et al.* Petition for writ of certiorari is denied.

The stay previously granted by this court is vacated. *Hawkins & Hoopis, Harry J. Hoopis,* for petitioner. *William J. Toohey,* City Solicitor, *Frank Cenerini,* Asst. City Solicitor, for respondents.